COOLEY LLP
JOHN C. DWYER, Bar No. 136533 (dwyerjc@cooley.com)
PATRICK E. GIBBS, Bar No. 183174 (pgibbs@cooley.com)
SARAH M. LIGHTDALE, Bar No. 4395661 (slightdale@cooley.com)
CLAIRE A. MCCORMACK, Bar No. 241806 (cmccormack@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:    +1 650 843 5000
Facsimile:     +1 650 843 7400

Attorneys for Defendants
NVIDIA CORPORATION, JENSEN HUANG, COLETTE M. KRESS, ROBERT K. BURGESS, TENCH COXE, PERSIS S. DRELL, JAMES C. GAITHER, DAWN HUDSON, HARVEY C. JONES, MICHEAEL G. MCCAFFERY, MARK L. PERRY, A. BROOKE SEAWELL, and MARK A. STEVENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: NVIDIA CORPORATION CONSOLIDATED DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:19-cv-00341-HSG<br><br>**JOINT STIPULATION AND ORDER TO FURTHER STAY PROCEEDINGS**<br><br>[CIVIL L.R. 7-12]<br><br>Related Case No.: 4:18-cv-07669-HSG<br><br>Judge:      Hon. Haywood S. Gilliam, Jr.<br>Courtroom:    2 |

This stipulation is entered into by and among plaintiffs Sanghyep Han, Yuju Yang, and The Booth Family Trust ("Plaintiffs") and defendants NVIDIA Corporation ("NVIDIA"), Jen-Hsun Huang, Colette M. Kress, Robert K. Burgess, Tench Coxe, Persis S. Drell, James Gaither, Dawn Hudson, Harvey C. Jones, Michael G. McCaffery, Mark L. Perry, A. Brooke Seawell, and Mark A. Stevens, (the "Individual Defendants," together with NVIDIA, the "Defendants,"

and together with Plaintiffs, the "Parties"), by and through their respective attorneys of record:

WHEREAS, on March 27, 2020, the Court entered an Order staying the above captioned action ("Action") "until the entry of any order on a motion to dismiss an amended complaint filed in the Consolidated Class Action or until plaintiffs in the Consolidated Class Action indicate their intention not to file an amended complaint";

WHEREAS, on May 13, 2020, plaintiffs in the Consolidated Class Action filed an amended complaint;

WHEREAS, March 2, 2021, the district court granted NVIDIA's motion to dismiss the Consolidated Class Action, with prejudice;

WHEREAS, on March 30, 2021, plaintiffs filed a Notice of Appeal in the Consolidated Class Action;

WHEREAS, the Parties believe that the result of the forthcoming appeal could have bearing on this Action;

WHEREAS, the Parties therefore wish to continue the stay in this Action pending resolution of the appeal in the Consolidated Class Action;

WHEREAS, in the interest of judicial economy and the efficient administration of justice, counsel for the Parties in this Action agree to continue to stay this Action during the pendency of an appeal in the Consolidated Class Action;

IT IS ACCORDINGLY STIPULATED AND AGREED, by the undersigned counsel for Plaintiffs and Defendants, that

1. This Action shall remain stayed pending final resolution of the appeal of the Consolidated Class Action, including any petitions for rehearing at the Ninth Circuit.

2. Defendants shall promptly notify Plaintiffs if a related derivative action is not stayed for a similar or longer duration than the stay of this Action.

3.	In the event that any discovery is provided or produced by any of the Defendants in the Consolidated Class Action or any other related shareholder derivative action purportedly brought or threatened to be brought on behalf of NVIDIA arising from similar facts as the instant action, whether filed in this Court or in another court, Defendants will at or about the same time notice Plaintiffs and provide copies of that discovery to the Plaintiffs in this Action, provided that the parties have executed and the Court has entered a protective order.

4.	Upon final resolution of the appeal of the Consolidated Class Action, including any petitions for rehearing at the Ninth Circuit, then, within 14 days following a decision referenced in Paragraph (1) above, the Parties shall meet and confer regarding a further case schedule.

5.	Defendants will notice Plaintiffs regarding and permit Plaintiffs to participate in any mediation or settlement efforts in the Consolidated Class Action or any threatened or filed related derivative actions. NVIDIA will invite Plaintiffs to participate in any such mediation or formal settlement meetings.  Notification to Plaintiffs of the setting of such mediation(s) or meeting(s) shall be reasonable to permit attendance.

6.	This Stipulation is without prejudice to the Parties hereto agreeing, subject to Court approval, to a further extension of time regarding any of the deadlines established herein if the circumstances warrant.

7.	Either side may file a motion to lift the stay so long as the party gives thirty (30) days' notice to the other side prior to filing such a motion.

8.	The Parties reserve all other rights.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4:19-cv-00341-HSG

3

JOINT STIPULATION AND ORDER TO
FURTHER STAY PROCEEDINGS

| | | |
|---|---|---|
| 1 | Dated: March 31, 2021 | COOLEY LLP |
| 3 | | By: */s/ Patrick E. Gibbs* |
| 4 | | John C. Dwyer<br>Patrick E. Gibbs<br>Sarah M. Lightdale<br>Claire A. McCormack |
| 6 | | *Attorneys for Defendants*<br>NVIDIA CORPORATION, JENSEN HUANG, COLETTE M. KRESS, ROBERT K. BURGESS, TENCH COXE, PERSIS S. DRELL, JAMES C. GAITHER, DAWN HUDSON, HARVEY C. JONES, MICHEAEL G. MCCAFFERY, MARK L. PERRY, A. BROOKE SEAWELL, and MARK A. STEVENS |
| 11 | Dated: March 31, 2021 | THE ROSEN LAW FIRM, P.A. |
| 13 | | By: */s/ Laurence M. Rosen*<br>Laurence M. Rosen |
| 14 | | 355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (213) 785-2610<br>Facsimile: (213) 226-4684<br>Email: lrosen@rosenlegal.com |
| 17 | | Timothy Brown<br>THE BROWN LAW FIRM, P.C. |
| 19 | | 240 Townsend Square<br>Oyster Bay, NY 11771<br>Telephone: (516) 922-5427<br>Facsimile: (516) 344-6204<br>Email: tbrown@thebrownlawfirm.net |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4:19-cv-00341-HSG

4

JOINT STIPULATION AND ORDER TO
FURTHER STAY PROCEEDINGS

WEISSLAW LLP

By: */s/ Joel Elkins*
Joel Elkins
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone: (310) 208-2800
Facsimile: (310) 209-2348

David C. Katz
1500 Broadway, 16th Floor
New York, NY 10036
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
Email: dkatz@weisslawllp.com

*Co-Lead Counsel for Plaintiffs*

\* \* \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/27/2021

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge